Certificate Number: 15317-TNE-DE-030615542

Bankruptcy Case Number: 18-10789



15317-TNE-DE-030615542

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 23, 2018, at 4:35 o'clock PM PST, John A Dills completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Tennessee.

Date:   February 23, 2018          By:     /s/Mariel Macrohon

                                   Name:   Mariel Macrohon

                                   Title:  Counselor